B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Simona Oana Vidican**
**Gabriel Florin Vidican**
                                      Debtor(s)

Case No. _____
Chapter  **7**

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **299.00** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ **75.00**  Check one    ■ With the filing of the petition, or
                            ☐ On or before _____

   $ **75.00**  on or before  **1/11/10**

   $ **75.00**  on or before  **2/11/10**

   $ **74.00**  on or before  **3/11/10**

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  **December 18, 2009**

**/s/ Mihaela Lazar Raicu**
Attorney for Debtor(s)
**Mihaela Lazar Raicu**
**Bremmer Raicu**
**2847 N. Pulaski**
**Suite CS**
**Chicago, IL 60641**
**(312)224-8900**
**Fax: (312)224-8695**
**mraicu_esq@yahoo.com**

Signature  **/s/ Simona Oana Vidican**
**Simona Oana Vidican**
Debtor

Signature  **/s/ Gabriel Florin Vidican**
**Gabriel Florin Vidican**
Joint Debtor

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re **Simona Oana Vidican / Gabriel Florin Vidican**  
Debtor(s)

Case No. _____  
Chapter **7**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____

*United States Bankruptcy Judge*